FILED

Name: Dennys J Cornejo

Address: 3800 Merced Ave
# P Baldwin Park, CA 91706

Phone: 626-591-5365

Fax: _____

In Pro Per

2023 DEC -4 PM 3: 24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Dennys J Cornejo

Plaintiff

v.

Federal Bureau of
Investigations

Defendant(s).

CASE NUMBER:

CV23-10187-SVW(DFMx)

Complaint

(Enter document title in the space provided above)

The FBI has repeatedly ignored, hung up
on. and neglected my calls regarding my
mothers rape and abuse by the Illuminati.
I have recordings of all the calls, I have
an internal affairs investigation with the
Baldwin Park Police Department and now
Civil Docket for Case # 2:23-CV-03877-
MEMF -ADS was terminated because of
denial of Payment assistance on 11/20/23
after it was filed on 05/19/23.

12/04/23

_____
Page Number

CV-127 (09/09)     PLEADING PAGE FOR A SUBSEQUENT DOCUMENT